UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BAC HOME LOANS SERVICING, L.P.,

    Plaintiff,

v.                                                              Case No. 6:19-cv-652-Orl-37GJK

AARON AQUERON; UNKNOWN
SPOUSE OF AARON AQUERON;
UNKNOWN TENANT I; UNKNOWN
TENANT II; STONEBRIDGE VILLAGE
HOMEOWNER'S ASSOCIATION,
INC.; FAIRWINDS CREDIT UNION;
MICHAEL RODRIGUEZ; LIZETTE
RODRIGUEZ; and ANY UNKNOWN
HEIRS, DEVISEES, GRANTEES,
CREDITORS, AND OTHER
UNKNOWN PERSON OR UNKNOWN
SPOUSES CLAIMING BY, THROUGH
AND UNDER ANY OF THE ABOVE-
NAMED DEFENDANTS,

    Defendants.
_____

## ORDER

Plaintiff initiated this foreclosure action in state court in August 2010. (Doc. 1-1.) On April 9, 2019, Defendant Aaron Aqueron ("**Aqueron**"), proceeding *pro se*, removed his objection to a judicial foreclosure sale. (Doc. 1, ¶ 7.) Aqueron also filed a motion to proceed *in forma pauperis*. (Doc. 2 ("**IFP Motion**")). On referral, U.S. Magistrate Judge Gregory J. Kelly recommends denying the IFP Motion and remanding the case. (Doc. 5 ("**R&R**").)

The parties did not object to the R&R, and the time for doing so has now passed.

As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 5) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Defendant Aaron Aqueron's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. This action is **REMANDED** to the Ninth Judicial Circuit in and for Orange County, Florida.

4. The Clerk is **DIRECTED** to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 21, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party
Circuit Court of the Ninth Judicial Circuit
in and for Orange County, Florida